Hon. Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AARON CHRISTOPHER COLLIER,<br><br>Petitioner,<br><br>v.<br><br>RONALD HAYNES,<br><br>Respondent. | No. 2:24-cv-00133-RAJ-DWC<br><br>ORDER OF DISMISSAL |

This matter comes before the Court on Petitioner's Motion for Voluntary Dismissal. Dkt. # 19. Having considered the motion, Respondent's response in non-opposition, and the files and pleadings herein,

IT IS ORDERED that Petitioner's Motion for Voluntary Dismissal (Dkt. # 19) is GRANTED. This case is dismissed without prejudice.

DATED this 2nd day of July, 2024.

*Richard A. Jones*
The Honorable Richard A. Jones
United States District Judge

ORDER OF DISMISSAL – 1